# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LYNNETTE VICK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00491-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Shelly Lynnette Vick ("Plaintiff") filed a complaint on March 24, 2021, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application does not demonstrate that he is entitled to proceed without prepayment of fees in this action.

In listing sources of income, Plaintiff states her spouse receives $1,690 in monthly Social Security benefits, her spouse earns approximately $1,050 a month from part time work, though only earned approximately $8,500 last year, and that Plaintiff earned $100 last year as a voting poll worker. (ECF No. 2.) Thus, Plaintiff claims between $28,880 and $32,980 in household income. While Plaintiff indicates support of a minor child, based on this amount of income, it does not appear that Plaintiff would be entitled to proceed without prepayment of fees.

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).  The 2021 Poverty Guidelines for the 48 contiguous states for a household of three is $21,960.00.  2021 Poverty Guidelines, https://aspe.hhs.gov/2021-poverty-guidelines (last visited March 25, 2021).  Plaintiff's application does not provide sufficient information for the Court to conclude that she is entitled to proceed in this action without prepayment of fees.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **March 25, 2021**

UNITED STATES MAGISTRATE JUDGE

2