# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LYNNETTE VICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00491-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 7, 18, 19) |

　　On November 7, 2022, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 19.) The parties seek a thirty-day extension of time to file Plaintiff's opening brief from November 14, 2022, to December 14, 2022. The parties proffer good cause exists because of the significant influx of Social Security records resulting in an "unusually large number of cases that have merit briefs due"; Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy that continues to impede his ability to complete all of the briefs that are due; and Counsel is currently taking partial paternity leave, following the birth of his child on October 14, 2022. The Court is sufficiently satisfied that good cause exists to grant the requested extension.

　　Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 19) is GRANTED;
2. Plaintiff shall have until **December 14, 2022**, to file the opening brief; and
3. All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **November 8, 2022**

UNITED STATES MAGISTRATE JUDGE