# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LYNNETTE VICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00491-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF Nos. 27, 28) |

　　　　Shelly Lynnette Vick ("Plaintiff") filed the complaint in this action on March 24, 2021. (ECF No. 1.)  On March 8, 2023, the Court entered a stipulation for remand of this action, and entered judgment in favor of Plaintiff.  (ECF Nos. 25, 26.)  On June 7, 2023, Plaintiff filed a motion for the award of attorney fees in the amount of $5,965.11, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 27.)  On July 19, 2023, a stipulation was filed agreeing to the same.  (ECF No. 28.)  Given the stipulation of the parties, the Court finds good cause to grant the motion for fees.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation of the parties (ECF No. 28), Plaintiff's motion for attorney fees (ECF No. 27) is GRANTED;

2. Plaintiff is awarded attorney fees in the amount of $5,965.11 pursuant to the EAJA; and

3. The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **July 20, 2023**

UNITED STATES MAGISTRATE JUDGE